■ The People of the State of New York, Respondent, v Jason Grant, Appellant. [863 NYS2d 377]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Chun, J.), rendered October 16, 2006, convicting him of burglary in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

With one exception, the defendant's claims of prosecutorial

misconduct are unpreserved for appellate review (*see* CPL 470.05 [2]). With respect to the only preserved issue, the court clearly instructed the jury that the burden of proof remained with the People and did not shift to the defendant (*see People v Farino,* 21 AD3d 427 [2005]). In any event, as to the unpreserved issues, the challenged remarks either were a fair response to the defendant's summation (*see People v Galloway,* 54 NY2d 396 [1981]), or constituted harmless error (*see People v Crimmins,* 36 NY2d 230, 242 [1975]; *People v Adam,* 50 AD3d 1153 [2008], *lv denied* 10 NY3d 931 [2008]). Rivera, J.P., Lifson, Santucci and Miller, JJ., concur.